No. 01–9818. MARTIN v. HAVILAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9826. BECKER v. WILKINSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–9832. HOLUB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1042. PICKETT v. PETROLEUM HELICOPTERS, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–1191. WASHINGTON HOSPITAL CENTER ET AL. v. SNOWDEN ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–1200. SOUTHERN CO. ET AL. v. ALDERSON ET AL. App. Ct. Ill., 1st Dist. Motion of Defense Research Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–9101. KERTH v. COUNTY OF ORANGE ET AL. Ct. App. Cal., 4th App. Dist. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 01–7791. NABELEK v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., *ante*, p. 956;
No. 01–7922. EDWARDS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 959;
No. 01–8019. IN RE CAMPITELLI, *ante*, p. 969;
No. 01–8037. SACCO v. NEW YORK, *ante*, p. 974;
No. 01–8381. DORE v. UNITED STATES, *ante*, p. 950;
No. 01–8503. FLEMING v. UNITED STATES, *ante*, p. 963;
No. 01–8573. KEMP v. UNITED STATES, *ante*, p. 977; and
No. 01–8676. DEAN v. UNITED STATES, *ante*, p. 978. Petitions for rehearing denied.

No. 01–5955. EMBREY v. UNITED STATES, 534 U. S. 1085; and